**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

| In the Matter of | Case Number |
|---|---|
| *United States of America vs. Charles O. Eubanks, et al* | 03:07-cr-50058-2 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Jackson, Defendant

| | |
|---|---|
| NAME (Type or print) <br>     Michael J. Phillips | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Michael J. Phillips | |
| FIRM <br>     Law Offices of Michael J. Phillips | |
| STREET ADDRESS <br>     10 North Galena Avenue, Suite 210 | |
| CITY/STATE/ZIP <br>     Freeport, IL 61032-4360 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>     IL ARDC 03128118 | TELEPHONE NUMBER <br>     (815) 378-1479 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ■ | |