UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHARLES O. EUBANKS, )<br>   also known as "Chuckie," )<br>   also known as "Trouble," )<br>MICHAEL JACKSON, )<br>   also known as "Way Way," )<br>THOMAS L. HAWKINS, )<br>   also known as "T-Boy," )<br>MARTEL D. MULLINS, )<br>   also known as "Foe Baby," and )<br>MARK O. COOPER ) | No. 07 CR 50058<br>Judge Philip G. Reinhard<br>(Magistrate Judge P. Michael Mahoney) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

1)     Name:     Charles O. Eubanks
         Date of Birth: 10/29/1987
         Sex:      Male
         Race:     Black

2)     Name:     Michael Jackson
         Date of Birth: 7/24/1986
         Sex:      Male
         Race:     Black

3)     Name:     Thomas L. Hawkins
         Date of Birth: 12/27/1985
         Sex:      Male
         Race:     Black

4)     Name:     Martel D. Mullins
       Date of Birth: 5/1/1988
       Sex:      Male
       Race:     Black

5)     Name:     Mark O. Cooper
       Date of Birth: 4/27/1987
       Sex:      Male
       Race:     Black

have been and now are, in due form and process of law, detained at the following institution:

WINNEBAGO COUNTY JAIL.

Your petitioner further represents to Your Honor that the said prisoners have been charged in the Western Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 1951(a) and 924(c)(1)(A), and are now wanted in such division and district on Monday, November 26, 2007, at 10:00 a.m., for arraignment before Magistrate Judge P. Michael Mahoney.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

Kim R. Widup                               Richard Meyers, Sheriff
United States Marshal                   Winnebago County Jail
Northern District of Illinois             650 West State Street
211 S. Court Street                       Rockford, Illinois 61102
Rockford, Illinois 61101

commanding them to produce the bodies of the said prisoners before this Court at said time and on said date, and that when the said prisoners shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that CHARLES O. EUBANKS, MICHAEL JACKSON,

2

THOMAS L. HAWKINS, MARTEL D. MULLINS, and MARK O. COOPER be returned forthwith to said institution from which they were brought.

        Respectfully submitted,

        PATRICK J. FITZGERLAD
        United States Attorney

By: _____
        MICHAEL F. IASPARRO
        Assistant United States Attorney
        308 West State Street - Suite 300
        Rockford, Illinois 61101
        (815) 987-4444