## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058-2 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs MICHAEL JACKSON | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appear in response to writ. Court appoints Michael Phillips as counsel. Defendant enters plea of not guilty to indictment. 16.1 conference to be held by and financial affidavit due by December 3, 2007. Defendant's oral motion for time to December 27, 2007 to file pretrial motions is granted. USA's oral motion for the time of November 26, 2007 to and including December 27, 2007 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for December 27, 2007 at 11:00 am. USA moves for detention. Detention hearing set for November 29, 2007 at 11:00 am. Enter order of detention pending hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|