# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Eubanks

FOR: Northern District of Illinois
AT: Rockford (Western Division)

FILED NOV 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Michael Jackson

[X] 1 Defendant—Adult
[ ] 2 Defendant - Juvenile
[ ] 3 Appellant
[ ] 4 Probation Violator
[ ] 5 Parole Violator
[ ] 6 Habeas Petitioner
[ ] 7 2255 Petitioner
[ ] 8 Material Witness
[ ] 9 Other

DOCKET NUMBERS
Magistrate: 
District Court: 07-CR-50058
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) [X] Felony [ ] Misdemeanor
Conspiracy To Commit Robbery

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? [ ] Yes [X] No [ ] Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: Feb. 2006
How much did you earn per month? $ 860 Gross
If married is your Spouse employed? [ ] Yes [ ] No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? [ ] Yes [X] No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**DEPENDENTS**
MARITAL STATUS: [X] SINGLE [ ] MARRIED [ ] WIDOWED [ ] SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  | US Cellular | $150.00 | $50.00 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) November 28, 2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  Michael Jackson