UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **NO. O7-CR-50058-2** |
| | ) | |
| **MICHAEL JACKSON,** | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF HEARING** |

**TO:**   Michael Iasparro, Assistant United States Attorney, 308 West State Street, Suite 300, Rockford, Illinois 61101
All Counsel of Record

**PLEASE BE ADVISED** that at 11:00 A.M. on Friday, December 145, 2007 I shall appear before the Honorable Magistrate Judge P. Michael Mahoney in the courtroom usually occupied by hin in the United States Courthouse located at 211 South Court Street, Rockford, Illinois and then and there call for a hearing *instanter* on Defendant Michael Jackson's Motion To Reconsider Order For Detention, a copy of which was separately served upon you, at which time and place you may appear, if you so desire.

　　　　　　　　　　　　　　　　　　　　　　　___/s/ Michael J. Phillips_____
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Phillips
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Michael Jackson
　　　　　　　　　　　　　　　　　　　　　　　10 North Galena Avenue, Suite 210
　　　　　　　　　　　　　　　　　　　　　　　Freeport, IL 61032-4360
　　　　　　　　　　　　　　　　　　　　　　　(815) 378-1479

**CERTIFICATE OF SERVICE**

　　　　The undersigned attorney hereby certifies that he served the above document upon all parties entitled to notice thereof by sending a true, correct and complete copy of said Notice to each counsel of record, including but not limited to Assistant United States Attorney Michael Iasparro, via the District Court's Electronic Case Management System on December 11, 2007.

　　　　　　　　　　　　　　　　　　　　　　　___/s/ Michael J. Phillips_____
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Phillips