## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 2 | **DATE** | 12/14/2007 |
| **CASE TITLE** | USA vs. MICHAEL JACKSON | | |

**DOCKET ENTRY TEXT:**

Hearing on defendant's motion to reconsider bond is held. Defendant's motion to reconsider is granted in part and denied in part. As stated in open court, the court finds that the defendant is a danger to the community. Defendant remains detained.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|