# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **NO. O7-CR-50058-2** |
| | ) | |
| **MICHAEL JACKSON,** | ) | |
| | ) | **WAIVER OF ATTORNEY** |
| Defendant. | ) | **CONFLICT OF INTEREST** |

      **NOW COMES** the Defendant herein, MICHAEL JACKSON, and hereby voluntarily and without any threat, coercion, duress or promise hereby waives any and all conflicts of interest of Attorney Michael J. Phillips as may be created by Attorney Phillips' relationship as the Step-Father of Rockford Police Officer William Donato, one of several police officers who investigated the July 16, 2007 armed robbery of Cash For Checks store in Rockford, Illinois, (the Indictment does not allege that I personally participated in said robbery), knowing the facts of such conflicts of interest, I do hereby consent to his defending me against the felony charges of Conspiracy To Commit Robberies and of Robbery in the above-entitled matter.

      Date: December  13  , 2007

                                                    /s/ Michael Jackson
                                                      MICHAEL JACKSON

      The undersigned attorney certifies that he served a copy of the above document on all persons entitled to notice thereof via the United States District Court for the Northern District of Illinois' Electronic Case Management System on or about December 17, 2007, including but not limited to Assistant United States Attorney Michael Iasparro.

                                                /s/ Michael J. Phillips

Michael J. Phillips
Attorney for Defendant
10 North Galena Avenue, Suite 210
Freeport, Illinois 61032-4360
(815) 378-1479 Voice
(815) 232-5500 FAX