## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 1&2 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. CHARLES EUBANKS & MICHAEL JACKSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to February 28, 2008 to file pretrial motions is granted.  USA's oral motion for the time of January 30, 2008 to and including February 28, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for February 28, 2008 at 11:30 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50058     Document 36     Filed 01/30/2008     Page 1 of 1

07CR50058 - 1&2 USA vs. CHARLES EUBANKS & MICHAEL JACKSON     Page 1 of 1