## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Western Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 3:07−cr−50058
                                                Honorable Philip G. Reinhard

Charles O Eubanks, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 13, 2008:


    MINUTE entry before Judge Philip G. Reinhard as to Michael Jackson: Pursuant to request of counsel, Status Hearing set for 5/14/2008 at 9:00 AM has been cancelled. Change of Plea Hearing set for 5/14/2008 at 12:00 PM. Notices mailed by Judicial staff. (jat, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.