## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 2 | **DATE** | 8/20/2008 |
| **CASE TITLE** | U.S.A. vs. Michael Jackson | | |

**DOCKET ENTRY TEXT:**

The defendant's sentencing is set for August 28, 2008. If defendant's counsel is anticipating a motion to withdraw defendant's guilty plea, it must be filed by August 22, 2008.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|