## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 2 | **DATE** | 8/26/2008 |
| **CASE TITLE** | U.S.A. vs. Michael Jackson | | |

**DOCKET ENTRY TEXT:**

Defense counsel is to confer with defendant Jackson and be prepared to address the court on Thursday, August 28, 2008 at 9:00 a.m. on the issues of any conflict of interest and defendant's desire to withdraw the guilty plea. Sentencing will not be held on that date.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|

07CR50058 - 2 U.S.A. vs. Michael Jackson

Page 1 of 1