My name is Delores Jackson I am the mother of Michael Jackson Who was Born July 24, 1986 in Rockford IL. I have five sons and on deceased. Michael and his family get alone Real well. Michael graudated in 2004 from Skyview school. He was hit by a car when he was 5 yrs old. He had surgey when he was 3 months old. My son Michael is a good Person he just made a bad mistake. I love my son very much. I talks to Michael on the phone all the time and he said Mom I made a big mistake and If I could o it all over again it would never be nothing like this. Your Honor I am a single parent and I am working very hard to make ends meet. My son played basketball in school, He is a good person but I don't know what was on his mind. He never disrespect me. And I love him for that. Michael keep tell me he is sorry. Michael told me he was with the wrong people at the wrong time. My son just turned 22 last month.

Your Honor I know my son is going to be sentenced but please for God sake put him closer to me like Oxford WI. Please Your Honor see to him getting closer to me so that I want have to drive a long way. I been in the Hospital for my Heart The doctor say I have a lot of stress on me. So Your Honor I am begging you to help my son please let him be closer to me. Thats my baby son. He never been to prison before please help him. It's going to be hard seeing my Baby go to prison Thank you Your Honor for Reading my letter and may God Bless you and your family very much,

Thanks

Delores Jackson