## EXHIBIT C

## USA V MICHAEL JACKSON

**Comparison of Enhancements Per Robbery**

Englewood Beauty Supply on July 31, 2007:

| Issue | Martel Mullins * | Charles Eubanks | Michael Jackson |
|---|---|---|---|
| Base Offense Level | N/A | 20 | 20 |
| +2 Bodily Injury to Victim | N/A | Not Requested | Not Requested |
| +4 Abduction | N/A | Disagree | Disagree |
| +4 Use of Dangerous Weapon | N/A | Disagree | Yes |
| +4 Serious Bodily Injury to Victim | N/A | Disagree | Yes |

\* Did not plead nor stipulate to this offense

Soto's Jewelry Robbery on August 2, 2007

| Issue | Mark O. Cooper * | Charles Eubanks | Michael Jackson |
|---|---|---|---|
| Base Offense Level | N/A | 20 | 20 |
| +2 Bodily Injury to Victim | N/A | Yes | Yes |
| +5 Brandishing a Firearm | N/A | Yes | Yes |
| +4 Abduction | N/A | Disagree | Disagree |

\* Did not plead nor stipulate to this offense

West Side Food Mart on July 20, 2007:

| Issue | Thomas Hawkins | Michael Jackson * | Martel Mullins * |
|---|---|---|---|
| Base Offense Level | 20 | Not Applicable | Not Applicable |
| +5 for Brandishing a Firearm | Yes | Not Applicable | Not Applicable |

* Did not plead nor stipulate to this offense

Soto's Jewelry Robbery on July 13, 2007:

| Issue | Thomas Hawkins * | Michael Jackson |
|---|---|---|
| Base Offense Level | Not Applicable | 20 |
| +5 for Brandishing a Firearm | Not Applicable | Yes |

* Did not plead nor stipulate to this offense