**EXHIBIT D**

**USA V MICHAEL JACKSON**

**COMPARISON OF FACTUAL BASIS IN PLEA AGREEMENTS**

| Event | Michael Jackson | Charles Eubanks | Martel Mullins |
|---|---|---|---|
| | | | |
| Englewood Beauty Supply 7/31/07 | 1) Jackson & Mullins armed with semi-automatic handguns & Eubanks had a plastic BB gun<br>2) Mullins pointed handgun at Clerk<br>3) Mullins demanded money from the cash register and Clerk gave Mullins $600 cash<br>4) Jackson & Eubanks beat owner<br>5) Mullins forced Clerk to rear of store<br>6) Mullins took VCR<br>7) Robbers took Owner's wallet | 1) Jackson & Mullins had real guns & Eubanks had plastic BB gun<br>2) Eubanks & Jackson pointed guns at owner of store; Mullins pointed his at a clerk<br>3) Mullins demanded money from cash register and Clerk gave him $600 from cash register<br>4) Jackson & Eubanks beat owner<br>5) Mullins forced Clerk to rear of store<br>6) Mullins took VCR from store<br>7) Eubanks & Jackson took owner's wallet | This Robbery is not mentioned in the Plea Agreement |

| Event | Michael Jackson | Charles Eubanks | Michael Cooper |
|---|---|---|---|
| Soto's Jewelry 8/2/07 | 1) All had real firearms<br>2) Cooper & Eubanks hopped the counter and forced a Clerk to ground at gunpoint while Jackson stood guard with his firearm<br>3) Took a white necklace and four charms worth $3,000<br>4) Eubanks dragged a second victim from rear to front of the store | 1) Eubanks, Jackson & Cooper all had real firearms<br>2) Eubanks & Cooper hopped the counter and forced a clerk to the ground at gunpoint<br>3) Took white gold charm and four necklaces worth $3,000<br>4) Eubanks dragged Clerk from back room to front room of the store | 1) All had real firearms<br>2) Cooper & Eubanks hopped the counter and forced a Clerk to ground - Jackson stood guard with his firearm<br>3) Took a white gold necklace and four charms worth #3,000<br>4) Eubanks dragged a Clerk from back room to the front room |

| Event | Michael Jackson | Martel Mullins | Thomas Hawkins |
|---|---|---|---|
| West Side Food Mart 7/20/07 | 1) Mullins, Hawkins & Jackson<br>2) Jackson pointed semi-automatic firearm that Jackson had with him at Clerk's head forcing Clerk to the ground<br>3) Defendants took several hundred dollars from cash register<br>4) Mullins said we should kill the Clerks | 1) Mullins, Hawkins & Jackson<br>2) Jackson pointed a semi-automatic handgun at Clerk's head forcing Clerk to the ground<br>3) Hawkins stood Guard inside the store<br>4) Jackson & Mullins took several hundred dollars in cash from cash register<br>5) Mullins said we should kill the Clerks | 1) Mullins, Hawkins & Jackson<br>2) Jackson pointed a semi-automatic firearm that he had with him at one of the Clerk's heads forcing the Clerk to the ground<br>3) Hawkins stood guard inside the store<br>4) Jackson & Mullins took several hundred dollars in cash from the cash register<br>5) Mullins said we should kill the Clerks |