EXHIBIT E

USA v MICHAEL JACKSON

**Comparison of USSG Applications**

Martel Mullins:     Pleads Guilty to West Side Food Mart Robbery on July 3, 2007
    Pleads Guilty to Brandishing of a Firearm
    No Stipulated Additional Relevant Conduct
    As to West Side Food Mart Robbery
        20 is Base Offense Level
        No enhancements

Charles Eubanks:   Pleads Guilty to Englewood Beauty Supply Robbery on July 31, 2007
    Pleads Guilty to Brandishing of a Firearm on July 31, 2007
    Pleads Guilty to Soto's Jewelry Robbery on August 2, 2007
    Stipulated to Additional Relevant Conduct of
        Victory Auto Lane Robbery on July 20, 2007
        RB's Auto Sales Robbery on July 20, 2007
    As to Englewood Beauty Supply Robbery
        20 is Base Offense Level
        Disagreements
            +4 Enhancement for use of a dangerous weapon (BB Gun)
            +4 Enhancement for serious bodily injury to victim
            +4 Enhancement for Abduction
    As to Soto's Jewelry Robbery on August 2, 2007
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm
        +2 Enhancement for Bodily Injury to Victim
        Disagreements
            +4 Enhancement for Abduction
    As to Stipulated Victory Auto Lane Robbery
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm
    As to Stipulated RB's Auto Sales Robbery
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm
        +2 Enhancement for Threat of Death Made

Michael Jackson:   Pleads Guilty to Englewood Beauty Supply Robbery on July 31, 2007
    Pleads Guilty to Brandishing a Firearm on July 31, 2007
    Pleads Guilty to Soto's Jewelry Robbery on August 2, 2007
    Stipulates to Additional Relevant Conduct of
        West Side Food Mart Robbery on July 3, 2007
        Soto's Jewelry Robbery on July 13, 2007

       As to Englewood Beauty Supply Robbery
        20 is Base Offense Level
        +4 Enhancement for use of firearm
        +4 Enhancement for serious bodily injury to victim
        Disagreements
         +4 Enhancement for Abduction
       As to Soto's Jewelry Robbery on August 2, 2007
        20 is Base Offense Level
        +5 Enhancement for brandishing of Firearm
        +2 for injury to victim
        Disagreements
         +4 Enhancement for Abduction
       As to Stipulated West Side Food Mart Robbery on July 3, 2007
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm
       As to Stipulated Soto's Jewelry Robbery on July 13, 2007
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm

Mark Cooper:  Pleads Guilty to Soto's Jewelry Store Robbery on August 2, 2007
       Pleads Guilty to Brandishing a Firearm on August 2, 2007
       No Stipulated Additional Relevant Conduct
       As to Soto's Jewelry Store Robbery on August 2, 2007
        20 is Base Offense Level
        +2 Enhancement for bodily injury to Victim
        Disagreement:
         +4 for Abduction

Thomas Hawkins: Plead Guilty to Chase Eight Auto Sales Robbery on July 7, 2007
       Plead Guilty to Brandishing a Firearm on July 7, 2007
       Plead Guilty to Victory Auto Sales Robbery on July 20, 2007
       Stipulated to Additional Relevant Conduct
        West State Food Mart Robbery on July 3, 2007
        Checks For Cash Robbery on July 16, 2007
       As to Chase Eight Auto Sales Robbery
        20 is Base Offense Level
        +2 Enhancement for Threat of Death Made
       As to Victory Auto Lane Robbery
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm
       As to West State Food Mart Robbery
        20 is Base Offense Level
        +5 Enhancement for Brandishing a Firearm
       As to Checks For Cash Robbery
        20 is Base Offense Level
        +3 Enhancement for Impression that Jackson had weapon
        +2 Enhancement for Bodily Injury to Victim