# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50058 - 2 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Michael Jackson | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's emergency motion to withdraw as counsel and to continue sentencing [102] is withdrawn. Sentencing hearing held. Enter Judgment in a Criminal Case.

Docketing to mail notices.

00:18 - Status; 01:35 - Sentencing

F I L E D

SEP 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | Courtroom Deputy Initials: | JT |
|---|---|---|